UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PARDO RUIZ (A-Number: 098-268-070),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY,<br><br>Respondent. | Case No.  1:26-cv-0976-DC-JDP (HC)<br><br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 12, 17) |

Petitioner, an immigration detainee represented by counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 5, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days.  (ECF No. 17)  On March 11, 2026 Respondents filed objections to the findings and recommendations.  (ECF No. 17.) Respondent's objections repeat their arguments included in previous briefing.  However, Respondents' arguments were addressed by the magistrate judge in this case and have already been rejected by this court in other cases. *See Calvillo v. Chestnut*, No. 1:26-cv-00569-DC-CSK (HC), 2026 WL 253627, (E.D. Cal. Jan. 31, 2026); *Chateauneuf v. Chestnut*, No. 1:26-cv-01073-

1

DC-JDP (HC), 2026 WL 523695, at *4 (E.D. Cal. Feb. 25, 2026). Thus, Respondents' objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 3, 2026, are ADOPTED in full;

2. The first amended petition for writ of habeas corpus, ECF No. 11, is GRANTED;

3. Petitioner (A-Number: 098-268-070) shall be provided a bond hearing within five days of the date of this order. At this hearing, the government shall bear the burden of establishing, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight, and petitioner shall be allowed to have counsel present;

4. Respondent is ordered to file a status report, within five days of the bond hearing, confirming that the hearing occurred;

5. Respondent's motion to dismiss, ECF No. 12, is DENIED; and

6. The Clerk of Court is ordered to enter judgment in favor of Petitioner and close this case.

IT IS SO ORDERED.

Dated: __**May 4, 2026**__ _____

Dena Coggins
United States District Judge